# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| **WINSUPPLY INC.,** *et al.*, | : | Case No. 3:24-CV-00321 |
| | : | |
| Plaintiffs, | : | Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | **ENTRY GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,** | : | |
| | : | |
| Defendant. | : | |

---

This case is before the Court upon Plaintiffs' Motion for Extension of Time (Doc. #7). For good cause shown, Plaintiffs' Motion (Doc. #7) is **GRANTED**. It is hereby **ORDERED** that the deadline by which Defendant must respond to Plaintiffs' Complaint is extended to May 19, 2025.

 **IT IS SO ORDERED.**


April 21, 2025            *s/Peter B. Silvain, Jr.*
                      Peter B. Silvain, Jr.
                      United States Magistrate Judge